

FILED

FEB 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2724

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  CASE NO. 2 1 2 - CR - 0 0 6 2 JAM
                                   )
13              Plaintiff,         )  VIOLATIONS: 18 U.S.C. § 1343 -
                                   )  Wire Fraud (2 counts);
14  v.                             )  18 U.S.C. §§ 982(a)(1) and
                                   )  (a)(2) - Criminal Forfeiture
15  Anna Kuzmenko,                 )
       aka Anna Sorokina,          )
16                                 )
                Defendant.         )
17  _____)

18              I N D I C T M E N T

19  COUNTS ONE THROUGH TWO:  [18 U.S.C. § 1343 - Wire Fraud]

20      The Grand Jury charges:

21                  ANNA KUZMENKO,

22  defendant herein, as follows:

23          A.   INTRODUCTION

24      At all times relevant to this indictment:

25      1.  Defendant ANNA KUZMENKO was a resident of West Sacramento,

26  California, and was a straw buyer who purchased a property located at

27  4119 Tyrone Way, Carmichael, California in exchange for cash.

28      2.  Peter Kuzmenko, who has been indicted elsewhere for the

                           1

conduct described herein, was the husband to defendant ANNA KUZMENKO.
Among other things, Peter Kuzmenko located sellers and recruited straw
buyers to purchase residential properties to include his wife,
defendant ANNA KUZMENKO.

3.   Vera Kuzmenko, who has been indicted elsewhere for the
conduct described herein, was the owner of VK Tax Services, a tax
preparation business.  She was issued a California Department of Real
Estate salesperson license on April 20, 2005, which was conditionally
suspended on October 21, 2006.

4.   Aaron New, who has been indicted elsewhere for the conduct
described herein, was licensed with the California Department of Real
Estate as a real estate broker.  New was the owner and principal
operator of New Dream Real Estate & Finance (NDREF), a company with
its principal place of business in Sacramento, California.  NDREF
engaged in the business of originating mortgage loans for residential
properties.  New and NDREF maintained physical office space at the
offices of VK Tax Services.  Aaron New and/or Vera Kuzmenko, among
other things, prepared Uniform Residential Loan Applications
(hereinafter URLAs) for defendant in connection with the fraudulent
scheme described herein.

B.   SCHEME TO DEFRAUD

5.   Beginning on a date unknown to the Grand Jury, but not later
than on or about February 8, 2007, and continuing to and including at
least in or about February 28, 2007, in the State and Eastern District
of California and elsewhere, defendant knowingly devised, participated
in, and executed a material scheme to defraud a mortgage lending
institution and a scheme to obtain money and property from said
institution by means of materially false and fraudulent pretenses,

2

representations and promises, and the concealment of material facts.

6.   In approximately February 2007, the defendant was responsible for the origination of over $1 million in residential mortgage loans for the property listed below, purchased through the straw buyer listed below.

| Property Address | Straw Buyer |
|---|---|
| 4119 Tyrone Way, Carmichael, CA | ANNA KUZMENKO |

The property was foreclosed upon resulting in a total loss to the lender of over $460,000.

7.   For the above-listed transaction, the scheme to defraud was carried out, in substance, generally in the following manner:

a.   Peter Kuzmenko found the seller of the above mentioned property, and he artificially inflated the price of the subject residential property purchased as part of the scheme.  This was done to fraudulently induce the lender to lend more money than the subject residential property was worth.  The excess money was split among Peter Kuzmenko, the defendant, and others.

b.   Peter Kuzmenko recruited the defendant to purchase the subject residential property via 100% financing.

c.   Vera Kuzmenko and/or Aaron New prepared URLAs for the defendant that contained materially false and fraudulent documents and statements as to the defendant's income, assets, and intention to occupy the property as a primary residence.  The defendant signed these applications knowing that the information contained therein was false and fraudulent.  These false statements and documents included within the URLA and completed loan application package were materially

3

relied upon by the mortgage lending institution in deciding to approve and fund the subject loan.

(1) <u>4119 Tyrone Way, Carmichael, CA</u>:  In or about February 2007, defendant ANNA KUZMENKO purchased 4119 Tyrone Way for $1,000,000 from A.K. based on false and fraudulent loan applications and supporting documentation.  As a result of this transaction, A.K. paid Peter Kuzmenko and the defendant at the close of escrow approximately $177,000 for the purchase of 4119 Tyrone Way property.  Approximately $25,770 in commissions went to Vera Kuzmenko/Aaron New for the purchase of 4119 Tyrone Way.

## C.  <u>USE OF INTERSTATE WIRES</u>

8.  On or about the dates listed below, in the State and Eastern District of California, for the purpose of executing the aforementioned scheme and artifice to defraud, and attempting to do so, the defendant, as more specifically set forth below, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures and sounds.

| COUNT | DATE OF WIRE | DESCRIPTION/ STRAW BUYER | SENDER | RECEIVER |
|-------|--------------|--------------------------|--------|----------|
| 1 | 02/28/07 | $814,562.44 wire transfer (4119 Tyrone Way) | First Franklin Financial | Stewart Title of Sacramento |
| 2 | 02/28/07 | $199,573.11 wire transfer (4119 Tyrone Way) | First Franklin Financial | Stewart Title of Sacramento |

All in violation of Title 18, United States Code, Sections 2 and 1343.

///

///

///

4

FORFEITURE ALLEGATION:   [18 U.S.C. §§ 982(a)(1) and (a)(2) - Criminal Forfeiture]

1.   Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant ANNA KUZMENKO shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), all property, real or personal, involved in such violations for which the defendant is convicted, and any property traceable to such property, including but not limited to the following:

a.   A sum of money equal to the total amount of money involved in each offense for which the defendant is convicted.

2.   If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

///
///
///
///
///
///

5

1  It is the intent of the United States, pursuant to Title 18, United

2  States Code, Section 982(b)(1), incorporating Title 21, United States

3  Code, Section 853(p), to seek forfeiture of any other property of said

4  defendant up to the value of the property subject to forfeiture.

5

6                                     A TRUE BILL.

7                                     /s/ Signature on file w/AUSA

8                                     _____
                                       FOREPERSON
9  _____
   BENJAMIN B. WAGNER
10 United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## ANNA KUZMENKO aka ANNA SOROKINA

## INDICTMENT

**VIOLATION(S)**: 18 U.S.C. § 1343
- Wire Fraud (2 counts);
18 U.S.C. §§ 982(a)(1) and (a)(2)
- Criminal Forfeiture

*A true bill,*

/S/

*Foreman.*

*Filed in open court this* ___ 16 ___ *day*

*of* ___ FEBRUARY ___, *A.D. 20* 12 ___

*Clerk.*

*Bail, $* ___ **NO BAIL WARRANT PENDING HEARING**

GPO 863 525

**PENALTY SLIP**

ANNA KUZMENKO aka ANNA SOROKINA

**COUNTS ONE and TWO:**

VIOLATION:        18 U.S.C. § 1343 - Wire Fraud

PENALTY:        Not more than $250,000 Fine; or
                    Not more than 20 years Imprisonment, or both;
                    Not more than 3 years of supervised release.

**CRIMINAL FORFEITURE:**    As alleged in the Indictment

**ASSESSMENT:**    $100 special assessment for each count.