```
                                                                    FILED
                                                              February 17, 2012
              UNITED STATES DISTRICT COURT                   CLERK, US DISTRICT COURT
                                                              EASTERN DISTRICT OF
          FOR THE EASTERN DISTRICT OF CALIFORNIA                    CALIFORNIA
                                                              _____
                                                                  DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | CASE NUMBER: 2:12-cr-00062 JAM |
|           Plaintiff,              ) | |
| v.                                ) | ORDER FOR RELEASE |
|                                   ) | OF PERSON IN CUSTODY |
| ANNA KUZMENKO,                    ) | |
|                                   ) | |
|           Defendant.              ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Anna Kuzmenko</u>; Case <u>2:12-cr-00062 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, co-signed by Tatiana Mattern.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>2/17/2012</u> at 2:45 pm

By _____
Kendall J. Newman
United States Magistrate Judge