KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>        v.<br><br>ANNA KUZMENKO<br><br>                    Defendant.<br>_____ | ) No. 2:12-CR-0062 JAM<br>)<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE STATUS<br>) CONFERENCE<br>)<br>)<br>) Date: 7-10-12<br>) Time: 9:45 a.m.<br>) Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Lee Saara Bickley, Assistant United States Attorney, Kelly Babineau, attorney for defendant Anna Kuzmenko, that the status conference date of June 12, 2012,  should be continued until July 10, 2012.  The continuance is necessary to complete the review of discovery, and defense investigation. Counsel is continuing to engage in negotiations with the government.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of July 10, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

–1–

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  June 8, 2012                          Respectfully submitted,

                                              /s/ Kelly Babineau
                                              KELLY BABINEAU
                                              Attorney for Anna Kuzmenko


Dated: June 8, 2012                           /s/ Lee Saara Bickley
                                              Kelly Babineau for:
                                              LEE SAARA BICKLEY
                                              Assistant U.S. Attorney

–2–

PDF created with pdfFactory trial version www.pdffactory.com

KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. 2:12-CR-0062 JAM
     Plaintiff,  )
        )   ORDER
  v.      )
        )
        )
ANNA KUZMENKO  )
        ) Date: 7-10-12
     Defendant. ) Time: 9:45 a.m.
_____) Judge: Hon. John A. Mendez

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 12, 2012, at 9:45 a.m. be continued to July 10, 2012, at 9:45 a.m.   Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to July 10, 2012, shall be excluded from computation of the time within which the trial of this matter must be

PDF created with pdfFactory trial version www.pdffactory.com

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code

T4, to allow counsel time to prepare.


Dated:   6/11/2012                              /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com