KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,         ) | No. 2:12-CR-0062 JAM |
| Plaintiff,                    ) | |
|                                                       ) | AMENDED STIPULATION AND |
| v.                                                  ) | ORDER TO CONTINUE |
|                                                       ) | STATUS CONFERENCE |
|                                                       ) | |
| ANNA KUZMENKO                       ) | |
|                                                       ) | Date: 7-10-12 |
| Defendant.                 ) | Time:9:45 a.m. |
| _____) | Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Lee Saara Bickley, Assistant United States Attorney, Kelly Babineau, attorney for defendant Anna Kuzmenko, that the status conference date of June 12, 2012, should be continued until July 10, 2012.  The continuance is necessary to complete the review of discovery, and defense investigation.  Counsel is continuing to engage in negotiations with the government.

IT IS STIPULATED by the parties that the Court should exclude the period from the date of this order through July 10, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for the purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's

PDF created with pdfFactory trial version www.pdffactory.com

1  request for a continuance outweigh the best interest of the public and the defendant's in a

2  speedy trial, and that this is an appropriate exclusion of time for defense preparation within

3  the meaning of 18 USC §3161(h)(7)(A) and (B) (Local Code T4.)

4

5  Dated:  June 11, 2012                          Respectfully submitted,

6                                                /s/ Kelly Babineau
7                                                KELLY BABINEAU
                                                 Attorney for Anna Kuzmenko
8

9

10 Dated: June 11, 2012                           /s/ Lee Saara Bickley
                                                 Kelly Babineau for:
11                                               LEE SAARA BICKLEY
                                                 Assistant U.S. Attorney
12

-2-

PDF created with pdfFactory trial version www.pdffactory.com

KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 2:12-CR-0062 JAM
           Plaintiff,       )
                             )            ORDER
   v.                        )
                             )
                             )
ANNA KUZMENKO                   )
                             ) Date: 7-10-12
           Defendant.       ) Time:9:45 a.m.
_____) Judge: Hon. John A. Mendez

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 12, 2012, at 9:45 a.m. be continued to July 10, 2012, at 9:45 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to July 10, 2012, shall be excluded from computation of the time within which the trial of this matter must be

-3-

PDF created with pdfFactory trial version www.pdffactory.com

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated: 6/12/2012                                       /s/ John A. Mendez_____
                                                       JOHN A. MENDEZ
                                                       United States District Court Judge

-4-

PDF created with pdfFactory trial version www.pdffactory.com