KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:12-CR-0062 JAM |
| Plaintiff, ) | |
| ) | AMENDED STIPULATION AND |
| v. ) | ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| ) | |
| ANNA KUZMENKO ) | |
| ) | Date: 3-26-13 |
| Defendant. ) | Time: 9:45 a.m. |
| _____) | Judge: Hon. John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, and defendant Anna Kuzmenko, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 19, 2013.

2. By this stipulation, defendant now moves to continue the status conference until  March 26, 2013 at 9:45 a.m., and to exclude time between February 19, 2013 and March 26, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

-1-

a. The government has represented that the discovery associated with this case consists of approximately 1,104 pages, including investigative reports, loan and escrow files, and related documents in electronic form. A notice of related cases was filed which included this case and 8 other cases. Defense counsel believes one of those cases (s-11-0210 JAM) may be closely related to this case as it charges Peter Kuzmenko, Anna Kuzmenko's husband, with charges similar and related to those at issue in this case. That case has over 35,000 pages of discovery. Although this discovery has not been provided in this case, defense counsel is in the process of determining what, if anything, may be outstanding discovery in this case.

b. Counsel for defendant desires additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with her client. Counsel is continuing to engage in negotiations with the government

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2013 to March 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§

Case 2:12-cr-00062-JAM   Document 36   Filed 02/19/13   Page 3 of 3

3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 15, 2013          Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Anna Kuzmenko

Dated: February 15, 2013          /s/ Lee Saara Bickley
Kelly Babineau for:
LEE SAARA BICKLEY
Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 19TH day of February, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

−3−