BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNA KUZMENKO aka<br>ANNA SOROKINA,<br><br>　　　　Defendants, | CASE NO. 2:12-CR-00062 JAM<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

　　IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. The defendant is charged with engaging in a mortgage fraud scheme.

　　The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim, other defendant, and witness social security numbers, driver's license numbers, bank account numbers, dates of birth, addresses, telephone numbers, email addresses, financial records, tax records, and immigration records. The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

　　By signing this Stipulation, defense counsel agrees that the Protected Information is being entrusted to counsel only for the purposes of representing her respective defendant in this

criminal case.  Further, defense counsel agrees not to share any documents that contain Protected Information with anyone other than her designated defense investigators, experts, and support staff.   Defense counsel may permit the defendants to review the Protected Information and be aware of its contents, but defendant shall not be given control of the Protected Information or be provided any copies of the Protected Information which has not been redacted.  Any person receiving Protected Information or a copy of the Protected Information  from counsel for the defendant shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may make copies of the Protected Information for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

Nothing in this Stipulation and Protective Order prevents a defense counsel or the defendant from maintaining unredacted copies of records concerning the defendant's own Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: February 4, 2014                              BENJAMIN B. WAGNER
                                                                         United States Attorney


                                                              By:      /s/ Lee S. Bickley
                                                                         LEE S. BICKLEY
                                                                         Assistant U.S. Attorney


DATE: February 4, 2014                              /s/ Kelly Babineau
                                                                         KELLY BABINEAU
                                                                         Attorney for Defendant Anna Kuzmenko

**IT IS SO ORDERED**:

Dated:  February 5, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Protective Order                    2