BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ANNA KUZMENKO,<br><br>             Defendant. | CASE NO. 2:12-CR-0062 JAM<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY<br>AND REQUIRING TESTIMONY – NATALYA<br>KUZMENKO** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Natalya Kuzmenko give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge regarding conduct by the defendant concerning loan applications submitted to lending institutions with respect to the charged fraud scheme in the above-referenced case, as well as her own involvement in a related fraud scheme, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Natalya Kuzmenko in any criminal case, except that Natalya Kuzmenko shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

Order re: Immunity and Requiring Testimony                    1

1  failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C.
2  § 6002.

3  IT IS SO ORDERED.
4  DATED: August 25, 2014

HON. JOHN A. MENDEZ
United States District Judge

Order re: Immunity and Requiring Testimony                    2