UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 29 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES,        )
                      )
        v.            )        Cr.S-12-62 JAM
                      )
ANNA KUZMENKO         )
                      )
_____)

NOTE FROM THE JURY

Time: 10:05 AM
Date: 8/29/14

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

Further clarification regarding jury instructions
#4
#18
#19
#24

Dated 8/29/14            Foreperson _Julee Accacia_