BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
TODD PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>ANNA KUZMENKO,<br><br>              Defendant. | CASE NO. 2:12-CR-0062 JAM<br><br>STIPULATION REGARDING DUE DATE FOR UNITED STATES' OPPOSITION TO MOTION FOR NEW TRIAL<br><br>DATE: October 28, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     The defendant filed a motion for new trial on September 17, 2014, and noticed argument on this matter for October 28, 2014.

2.     The United States' opposition is due on September 23, 2014, seven days after the filing of defendant's motion.

3.     The United States represents that it needs additional time to research the issues raised in the defendant's motion.

4.     By this stipulation, the parties agree and stipulate and ask that the Court find the following: the time period for the United States to file its opposition to the motion for new trial is extended a week to October 1, 2014.

STIPULATION EXTENDING TIME FOR
OPPOSITION TO MOTION FOR NEW TRIAL

1

IT IS SO STIPULATED.

Dated: September 23, 2014  BENJAMIN B. WAGNER
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated: September 23, 2014  /s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant
Anna Kuzmenko

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23rd day of September, 2014.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE