UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of Amertica, | No. 2:12-cr-062 JAM |
|---|---|
| Plaintiff,<br>v.<br>Anna Kuzmenko,<br>Defendant. | **STIPULATION AND ORDER ESTABLISHING SCHEDULE FOR PREPARATION AND DISCLOSURE OF PRESENTENCE REPORT, OBJECTIONS AND MOTIONS TO CORRECT, IF ANY, AND SETTING DATE FOR STATUS OF JUDGMENT AND SENTENCING.**<br><br>DATE: February 10, 2015<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Assistant United States Attorney Lee Bickley, counsel for Plaintiff, and Jeffrey L. Staniels, CJA counsel for Defendant, that the status now set for February 10, 2015, be vacated that the matter be continued and that the following schedule for preparation and disclosure of a presentence report and any subsequent objections and motions pertaining thereto, and that the matter thereafter be set on calendar for status of judgment and sentence.

| | |
|---|---|
| Draft PSR Due | March 18, 2015 |
| Deadline for Informal Objections | April 1, 2015 |
| Final PSR Due | April 15, 2015 |
| Formal Objections/ Motions to Correct Due | April 21, 2015 |
| Oppositions to Objections and/or Motions | April 28, 2015 |

1

```
Replies, if any                                 May 5, 2015

Judgment and Sentencing                         May 12, 2015 at 9:15 a.m.
```

**IT IS SO STIPULATED.**

```
Dated: February 6, 2015         /s/ Lee Bickley           ,
                                AUSA Lee Bickley
                                Attorneyfor Plaintiff


Dated: February 6, 2015         /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Court Appointed Counsel for
                                Defendant Anna Kuzmenko
```

**O R D E R**

**IT IS SO ORDERED.**

```
                                By the Court


Dated:  February 6, 2015        /s/ John A. Mendez
                                Hon. John A. Mendez
                                U.S. District Court Judge
```

2