Jeffrey L. Staniels
216 F Street, No. 98
Davis CA 95616
530-220-9770
Attorney for
Anna Kuzmenko

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:12-cr-062 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE AND SETTING DISCLOSURE SCHEDULE** |
| v. | |
| Anna Kuzmenko, | |
| Defendant. | Date:  July 21, 2015<br>Time:  9:15<br>Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Lee Bickley and Jeffrey Staniels, attorney for Defendant Anna Kuzmenko, that sentencing proceedings currently scheduled for July 21, 2015, be continued until August 25, 2015, and the following schedule for disclosure be adopted.

Informal objection to the Presentence Report (PSR) be filed not later than **JULY 14, 2015**;

Final Presentence Report to be filed not later than

1

**JULY 21, 2015;**

Formal Objections and/or motions to correct the PSR to be filed not later than **August 4, 2015;**

Responses to Objections and/or motions by the other party to be filed not later than **August 11, 2015;**

Sentencing Memoranda to be filed not later than **August 14, 2015;**

Judgment and Sentencing to be placed on calendar for **August 25, 2015** at 9:15 a.m.

**IT IS SO STIPULATED.**

DATED: July 9, 2015            /S/Lee Bickley
                               AUSA Lee Bickley
                               Counsel for Plaintiff

DATED: July 9, 2015            /s/ Jeffrey Staniels
                               Jeffrey L. Staniels
                               Counsel for Anna Kuzmenko

**O R D E R**

**IT IS SO ORDERED.** *jam* No further continuances shall be allowed.            By the Court,

Dated: July 9, 2015

                               Hon. John A Mendez
                               U.S. District Court Judge

2