PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0062-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING OPPOSITION TO DEFENDANT'S MOTION FOR A NEW TRIAL |
| v. | DATE: December 5, 2017 |
| ANNA KUZMENKO, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Anna Kuzmenko filed a Motion for New Trial Based on After-Discovered Evidence on August 29, 2017. The defendant noticed the motion for December 5, 2017.

2. The United States opposes this motion. The United States' full opposition would be due on Tuesday, September 5, 2017.

3. The defendant has informed the United States she plans to supplement her motion with additional information. In addition, counsel for the United States have trials starting on September 12, 2017, and October 24, 2017, respectively.

4. The United States asks for its opposition to be now due on November 17, 2017. The defendant does not oppose this request.

IT IS SO STIPULATED.

Dated: September 1, 2017          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ LEE S. BICKLEY
                                  LEE S. BICKLEY
                                  Assistant United States Attorney

Dated: September 1, 2017          /s/ JEFFREY L. STANIELS
                                  JEFFREY L. STANIELS
                                  Counsel for Defendant
                                  ANNA KUZMENKO

# FINDINGS AND ORDER

The United States has until November 17, 2017, to file its opposition to the defendant's Motion for a New Trial.

IT IS SO FOUND AND ORDERED this 1st day of September, 2017

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE