UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Anna Kuzmenko,<br><br>　　　　　Defendant. | No. 2:12-cr-062 JAM<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE RE: MOTION FOR NEW TRIAL**<br><br>DATE: December 5, 2017,<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Assistant United States Attorney Lee Bickley, counsel for Plaintiff, and Jeffrey L. Staniels, CJA counsel for Defendant, that the hearing date now calendared for December 5, 2017, be vacated, and that the matter be re-calendared for January 23, 2018. This continuance is requested by the defense in order to permit further research concerning legal issues raised in the Government's Opposition to the motion. The request is not opposed by the Government. Provisions of the Speedy Trial Act are not implicated by these proceedings or by this request for a delay.

**IT IS SO STIPULATED.**

Dated: November 30, 2017　　　/s/ *Lee Bickley*　　　　,
　　　　　　　　　　　　　　　　AUSA Lee Bickley
　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

Dated: November 30, 2017          /s/ *Jeffrey L. Staniels*
                                  Jeffrey L. Staniels
                                  Court Appointed Counsel for
                                  Defendant Anna Kuzmenko

**O R D E R**

**IT IS SO ORDERED.**

                                By the Court

Dated:   December 1, 2017

                                **/s/ JOHN A. MENDEZ**
                                John A. Mendez
                                United States District Court Judge