UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

           Plaintiff,

    v.

Anna Kuzmenko,

          Defendant.

No. 2:12-cr-062 JAM

**STIPULATION AND ORDER CONTINUING HEARING DATE RE: MOTION FOR NEW TRIAL**

DATE:  January 23, 2018,
Time:  9:15 a.m.
Judge: Hon. John A. Mendez

    **IT IS HEREBY STIPULATED BY AND BETWEEN** Assistant United States Attorney Lee Bickley, counsel for Plaintiff, and Jeffrey L. Staniels, CJA counsel for Defendant, that the hearing date now calendared for January 23, 2018, be vacated, and that the matter be re-calendared for February 20, 2018 at 9:15 a.m.  This continuance is requested by the defense in order to permit completion of further research concerning legal issues raised in the Government's Opposition to the motion.  The request is not opposed by the Government.

/ / / /

/ / / /

/ / / /

    This motion based on claims of newly discovered evidence and has been timely filed under the federal rules of criminal procedure.  It has been filed after the completion of trial proceedings and appeal.  Provisions of the Speedy Trial Act are

1

not implicated by these proceedings or by this request for a delay.

**IT IS SO STIPULATED.**

Dated: January 18, 2018      */s/ Lee Bickley*          ,
                              AUSA Lee Bickley
                              Attorney for Plaintiff

Dated: January 18, 2018      */s/ Jeffrey L. Staniels*
                              Jeffrey L. Staniels
                              Court Appointed Counsel for
                              Defendant Anna Kuzmenko

## O R D E R

**IT IS SO ORDERED.**

                              By the Court

Dated:  January 18, 2018     /s/ John A. Mendez_____
                              Hon. John A. Mendez
                              U.S. District Court Judge