|  |  |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  v.<br><br>Anna Kuzmenko,<br><br>       Defendant. | No. 2:12-cr-062 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE RE: MOTION FOR NEW TRIAL**<br><br>DATE: February 20, 2018,<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY STIPULATED BY AND BETWEEN** Assistant United States Attorney Lee Bickley, counsel for Plaintiff, and Jeffrey L. Staniels, CJA counsel for Defendant, that the hearing date now calendared for February 20, 2018, be vacated, and that the matter be re-calendared for March 13, 2018 at 9:15 a.m.  This continuance is requested by the defense in order to permit completion of research and submissions in support of the motion and responding to issues raised in the Government's Opposition to the motion. The request is not opposed by the Government.

    **IT IS SO STIPULATED.**

Dated: February 16, 2018      /s/ *Lee Bickley*          ,
                                                AUSA Lee Bickley
                                                Attorney for Plaintiff

Dated: February 16, 2018      /s/ *Jeffrey L. Staniels*
                                                Jeffrey L. Staniels
                                                Court Appointed Counsel for
                                                Defendant Anna Kuzmenko

**O R D E R**

**IT IS SO ORDERED.**

By the Court

Dated: February 16, 2018    /s/ John A. Mendez⎯⎯⎯⎯⎯⎯
                            Hon. John A. Mendez
                            U.S. District Court Judge