UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>ANNA KUZMENKO,<br><br>    Movant. | No. 2:18-cv-0582 JAM CKD<br><br>No. 2:12-cr-0062 JAM CKD<br><br><u>ORDER</u> |

Movant has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 or, alternatively, a coram nobis petition. ECF No. 214-3 at 1. Since movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent is directed to file an answer within sixty days of the effective date of this order including, but not limited to, the following issues: 1) whether movant satisfies the custody requirement of 28 U.S.C. § 2255(a); and, if not, 2) whether the court has the authority to construe the § 2255 motion as a writ of error coram nobis since movant had counsel at the time of filing. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

1

Movant's request for the appointment of counsel is deferred pending the court's receipt of respondent's answer. ECF No. 214-1 at 2 (request for the appointment of counsel).

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Dated: April 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/kuzm0582.206