UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ANNA KUZMENKO,<br><br>Movant. | No. 2:12-cr-00062 JAM CKD<br><br><br><br>ORDER |

On August 29, 2014, movant was convicted of two counts of Wire Fraud in violation of 18 U.S.C. § 1343 following a jury trial. ECF No. 145. She was sentenced on August 25, 2015 to time served on each count to run concurrently along with 24 months of supervised release. See ECF No. 188.

Currently pending before the court is movant's 28 U.S.C. § 2255 motion or, alternatively, a writ of error coram nobis, which was electronically filed by counsel on March 16, 2018. ECF No. 214. On the same date, movant requested the appointment of new counsel as part of her motion to proceed in forma pauperis.[1] See ECF No. 214-1 at 2. This court screened movant's 28 U.S.C. § 2255 motion, ordered the government to file an answer, and deferred movant's request

---

[1] Movant also filed a notice of appeal of the district court's order denying her motion for a new trial which is currently pending before the Ninth Circuit Court of Appeal. See ECF No. 216 (notice of appeal filed on March 27, 2018). Movant is represented by counsel for purposes of this appeal.

1

for counsel pending receipt of the government's answer.  ECF No. 219.

A review of this court's docket reflects that movant attempted to file a pro se motion to amend her 28 U.S.C. § 2255 motion along with a proposed amended § 2255 motion on May 17, 2018, prior to the government's answer being filed.  ECF Nos. 221-222.  However, these motions were disregarded because the docket reflected that movant was represented by counsel.  On June 11, 2018, the government filed an opposition to movant's 28 U.S.C. § 2255 motion to which no reply was filed.  It appears to the court that movant may not have filed a reply because her motion for the appointment of new counsel was still pending and her current counsel had retired.  In light of this confusion, the court will now rule on movant's request for new counsel and will re-set the briefing schedule governing resolution of movant's 28 U.S.C. § 2255 motion/coram nobis petition.

There currently exists no absolute right to the appointment of counsel in § 2255 proceedings.  See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2255 Proceedings.  In the present case, the court has reviewed the issues raised in the 28 U.S.C. § 2255 motion as well as the government's opposition and does not find that the interests of justice would be served by the appointment of counsel at this time.  The court will therefore deny her motion for the appointment of new counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for the appointment of new counsel is denied without prejudice.
2. The Clerk of Court shall amend the docket to reflect movant's pro se status.
3. This court's April 10, 2018 briefing schedule is hereby vacated.
4. Movant shall have 60 days from the date of service of this order to file either: 1) a reply to the government's opposition; or, 2) a motion to amend her 28 U.S.C. § 2255 motion/coram nobis petition along with a proposed amended § 2255 motion.

/////

/////

5. The Clerk of Court shall serve a copy of the government's opposition filed on June 11, 2018 on movant along with a copy of this order.

Dated: August 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/kuzm0062.207.docx