**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. ANNA KUZMENKO, a.k.a. Anna Sorokina, Defendant-Appellant. | No. 18-10108 D.C. No. 2:12-cr-00062-JAM MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted November 27, 2018**

Before:   CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

Anna Kuzmenko appeals from the district court's order denying her post-judgment motion for a new trial. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Kuzmenko's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided

---

\*   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*   The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Kuzmenko the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**