# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT ON MOTION UNDER 28 USC 2255**

USA,

v.

CASE NO: **2:12–CR–00062–DAD–CKD**

CASE NO: **2:18–cv–00582–DAD–CKD**

ANNA KUZMENKO ,

_____

**Decision by the Court:**
The issues have been tried or heard in this case and IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 2/28/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **February 28, 2023**

by: _/s/  L. Mena–Sanchez_____
Deputy Clerk